**COM.**

v.

**THOMAS, B.**

**3169 EDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–51–CR–0000809–2016

(Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**WALTERS, L.**

**279 MDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–21–CR–0000104–2013

(Cumberland)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**RANKINS, W.**

**3235 EDA 2016**

Superior Court of Pennsylvania.

07/10/2017

CP–23–CR–0002037–2004 (Delaware)

Vacated/Remanded

**WELLS FARGO**

v.

**PREMIER HOTELS**

**941 MDA 2016**

Superior Court of Pennsylvania.

07/10/2017

2015–05776

(Lackawanna)

Remanded Jurisdiction Retained